IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 12 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01868-BNB

DEXTER HARRIS,

    Plaintiff,

v.

DENVER HEALTH MEDICAL CENTER,
CHRISTIAN STOB, Representative for Denver Health,
DENVER DETENTION CENTER, D.D.C.,
GARY WILSON, Administrator for D.D.C., and
DENVER CITY AND COUNTY,

    Defendants.

## ORDER ASSIGNING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.1D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case will be assigned to Judge Robert E. Blackburn and to Magistrate Judge Michael E. Hegarty. Accordingly, it is

ORDERED that this case shall be assigned to Judge Robert E. Blackburn pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Michael E. Hegarty.

DATED September 12, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01868-BNB

Dexter Harris
Prisoner No. 353582
Denver County Jail
P.O. Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 12, 2011.

                                GREGORY C. LANGHAM, CLERK

                                By: _____
                                        Deputy Clerk