IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01868-REB-MEH

DEXTER HARRIS,

    Plaintiff,

v.

DENVER HEALTH MEDICAL CENTER,
CHRISTIAN STOB, Representative for Denver Health,
DENVER DETENTION CENTER, D.D.C.,
GARY WILSON, Administrator for D.D.C., and
DENVERY CITY AND COUNTY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 27, 2012**.

    For good cause shown, Plaintiff's Request [Motion] to Reopen the Case and Respond to the pending Motions to Dismiss [filed February 23, 2012; docket #40] is **granted**.

    Before the Court are a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) filed by Defendants Denver Detention Center, Gary Wilson and the City and County of Denver [docket #27], and a Motion to Dismiss by Defendants Denver Health and Hospital Authority (Denver Health Medical Center) and Christian Stob [docket #30]. The Plaintiff shall file responses to these motions on or before March 16, 2011, and Defendants may file reply briefs in support of their motions within fourteen (14) days after the responses are served.

    In addition, a Preliminary Scheduling/Status Conference is hereby set for **March 13, 2012,** at the hour of **9:45 a.m.,** in the Alfred A. Arraj U.S. Courthouse, Courtroom A-501, 901 19th Street, Denver, Colorado. The plaintiff shall participate in this conference by telephone. Counsel whose offices are located outside of the Denver metropolitan area may appear at the scheduling conference by telephone. Please contact Chambers at (303) 844-4507 to arrange appearance by telephone.

    The parties need not comply with the requirements of Fed.R.Civ.P. 16 and D.C.COLO.LCivR 16.2 and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing any motions, and what discovery, if any, will be needed. No discovery shall be submitted until after the preliminary scheduling/status conference, unless otherwise ordered or directed by the district judge in this case.

Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.

**In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

CASE MANAGER FOR
Dexter Harris, #58251
Arkansas Valley Correctional Facility
P.O. Box 1000
Crowley, CO 81034