## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01868-RM-MEH

DEXTER HARRIS,

     Plaintiff,

v.

DENVER HEALTH MEDICAL CENTER,
CHRISTIAN STOB, REPRESENTATIVE FOR DENVER HEALTH,
GARY WILSON, ADMINISTRATOR FOR D.D.C., AND
DENVER CITY AND COUNTY,

     Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Magistrate Judge's Recommendation of Judge Raymond P. Moore [Doc. No. 94, filed November 1, 2013], it is

ORDERED that Plaintiff's Objections to the Magistrate Judge's January 31, 2013 Recommendation are OVERRULED and the Recommendation of United States Magistrate Judge [Doc. No. 84, filed January 31, 2013] is ADOPTED. It is further

ORDERED that Defendants Motion for Summary Judgment by Defendants, "Denver Health Medical Center" and Christian Stob [Doc. No. 74, filed November 29, 2012] and Denver Defendants' Motion for Summary Judgment [Doc. No. 76, filed November 29, 2012] are GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of the

defendants and against the plaintiff, and this case is closed.


Dated at Denver, Colorado this 5th day of November, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK


By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk